Decided September 20, 2006

VERONICA ROCKWELL *v.* MITCHELL L. QUINTNER

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 221 (AC 26799), is denied.

*Barbara A. Frederick*, in support of the petition.

*William F. Gallagher* and *Hugh D. Hughes*, in opposition.

Decided September 20, 2006

VERDI VEJSELI ET AL. *v.* GANI PASHA ET AL.

The petition by the defendants Richard Fusco, Joel Skilton and the town of Watertown for certification for appeal from the Appellate Court (AC 27648) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendants' appeal?"

The Supreme Court docket number is SC 17734.

*Alexandria L. Voccio*, in support of the petition.

*Charles T. Forman*, in opposition.

Decided September 20, 2006